IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ASHLEY NICOLE CARDENAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:22-cv-2607-K-BN |
| | § | |
| FIESTA MART, LLC, and | § | |
| CHEDRAUI USA INC, | § | |
| | § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge David L. Horan made findings, conclusions and recommendations in this case. *See* Dkt. No. 55. Plaintiff filed objections, *see* Dkt. No. 56, and Defendant responded, *see* Dkt. No. 57. The District Court has made a *de novo* review of those portions of the proposed findings and recommendations to which objection was made. The objections are OVERRULED, and the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated April 26, 2024.

**SO ORDERED.**

**Signed May 28th, 2024.**

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE