IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ASHLEY NICOLE CARDENAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:22-cv-2607-K-BN |
| | § | |
| FIESTA MART, LLC, and | § | |
| CHEDRAUI USA INC, | § | |
| | § | |
| Defendants. | § | |

# JUDGMENT

The Court has entered its Findings in the case, accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Therefore,

It is ORDERED, ADJUDGED, and DECREED that:

1. Defendants Chedraui USA Inc. and Fiesta Mart, LLC's Motion for Summary Judgment [Dkt. No. 29] against Plaintiff Ashley Nicole Cardenas is GRANTED, and Plaintiff's claim against Defendants is DISMISSED with prejudice;

2. Costs of court are taxed against Plaintiff Ashley Nicole Cardenas; and

3. The Clerk shall transmit to the parties a true copy of this Judgment and the Order adopting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED.

Signed May 28th, 2024.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE